**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6786**

———————

ALARIC WAYNE HUNT,

Petitioner - Appellant,

versus

COLIE RUSHTON, Warden; CHARLES M. CONDON,
Attorney General of the State of South
Carolina,

Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
South Carolina, at Spartanburg.  Patrick Michael Duffy, District
Judge.  (CA-00-2848-7-23BG)

———————

Submitted:  October 10, 2002          Decided:  October 17, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Alaric Wayne Hunt, Appellant Pro Se.  Donald John Zelenka, Chief
Deputy Attorney General, Samuel Creighton Waters, OFFICE OF THE
ATTORNEY GENERAL OF SOUTH CAROLINA, Columbia, South Carolina, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Alaric Wayne Hunt seeks to appeal the district court's order adopting the report and recommendation of the magistrate judge and denying relief on Hunt's 28 U.S.C. § 2254 (2000) petition. We have reviewed the record, the district court's opinion, and the magistrate judge's report, and we find no reversible error. Accordingly, we affirm substantially for the reasons stated by the district court. See Hunt v. Rushton, No. CA-00-2848-7-23BG (D.S.C. Mar. 28, 2002). In addition, we note that certain issues raised in Hunt's informal brief on appeal were waived by his failure to raise them in his objections to the magistrate judge's report. See Wright v. Collins, 766 F.2d 841, 844-46 (4th Cir. 1985); see also Orpiano v. Johnson, 687 F.2d 44, 47 (4th Cir. 1982) (failure to file specific objections to particular conclusions in magistrate judge's report, after being warned of consequences, waives further review). We dispense with oral argument, because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED